IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re Ameriquest Mortgage Co., Mortgage Lending Practices Litigation ) ) ) ) ) ) THIS ORDER APPLIES TO ) *Moore v. Ameriquest Mortgage Company,* 07-cv-1817, N.D.Ill | Case No. 05 C 7097 Judge Marvin E. Aspen Magistrate Judge Daniel G. Martin |

## **ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and Joint stipulation of dismissal of claims against defendants [34], Plaintiff Brenda Cox Moore's claims against all defendants are dismissed with prejudice. Each party shall bear their own costs and attorneys' fees. Civil case terminated.

Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

6/6/14

Marvin E. Aspen
United States District Judge